**Donald James HURLBERT,**
**Plaintiff—Appellant,**

v.

**Reginald I. LLOYD, Director Sled,**
**Defendant—Appellee,**

**and**

**State of South Carolina, Defendant.**

**No. 10–6049.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 24, 2010.

Donald James Hurlbert, Appellant Pro Se. Christopher Todd Hagins, South Carolina Law Enforcement Division, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald James Hurlbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurlbert v. Lloyd,* No. 9:09–cv–00241–PMD, 2009 WL 4363210 (D.S.C. Dec. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*